## IN THE CIRUIT COURT FOR BALTIMORE CITY

| | |
|---|---|
| PHILIP ARCHER <br> 5405 Windsor Mill Road <br> Baltimore Maryland 21207 | * <br> * <br> * |
| Plaintiff | * |
| vs. | * |
| UNITED RENTAL PROPERTIES, LLC <br> 15942 Shady Grove Road <br> Gaithersburg, MD 20877 | * <br> * |
| SERVE ON: Resident Agent <br> Adam Schwartz <br> 15942 Shady Grove Road <br> Gaithersburg, MD 20877 | * <br> * |
| and | * |
| UNITED RENTALS, INC. <br> 5 Greenwich Office Park <br> Greenwich, CT 06830 | * <br> * |
| SERVE ON: Resident Agent <br> CSC-lawyers incorporating <br> Services Company <br> 7 St. Paul Street <br> Baltimore, MD 21202 | * <br> * <br> Case No.: |
| and | * |
| UNITED RENTALS <br> (NORTH AMERICA), INC. <br> Four Greenwich Office Park <br> Greenwich, CT 06830 | * <br> * <br> * |
| SERVE ON: Resident Agent <br> 7 St. Paul Street, Suite 1660 <br> Baltimore, MD 21202 | * <br> * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND REQUEST FOR JURY TRIAL

The Plaintiff, Philip Archer, by and through his attorneys, Jay D. Miller, and Miller, Murtha & Psoras, LLC, sues the Defendants, United Rental Properties, LLC and/or United Rentals, Inc. and/or United Rentals (North America), Inc., and for reasons say:

## FACTS APPLICABLE TO ALL COUNTS

1. That on or about November 6, 2006, the Plaintiff, Philip Archer, while in the employ of East Coast Electrical Company, Inc. was properly and prudently using a scissor lift. Said scissor lift had been provided by Defendants, United Rental Properties, LLC and/or United Rentals, Inc. and/or United Rentals (North America), Inc.

2. At all times herein mentioned, the Defendant, United Rental Properties, LLC, is a corporation licensed to operate a business throughout the state of Maryland, including Baltimore City.

3. At all times herein mentioned, the Defendant, United Rentals, Inc., is a corporation licensed to operate a business throughout the state of Maryland, including Baltimore City.

4. At all times herein mentioned, the Defendant, United Rentals (North America), Inc., is a corporation licensed to operate a business throughout the state of Maryland, including Baltimore City.

5. While using the scissor lift in the manner in which it was intended, this scissor lift jumped and/or buckled, causing the Plaintiff, Philip Archer, to lean against the rail. When using the safety rail that was provided for his safety, the rail broke causing Archer to fall from a tremendous height. As a direct result of the fall, Plaintiff suffered serious, painful and permanent bodily injuries.

## COUNT I

6. The Defendants, United Rental Properties, LLC and/or United Rentals, Inc. and/or United Rentals (North America), Inc., negligently provided a scissor lift that was in a defective condition. The Defendants negligently failed to properly inspect the lift prior to releasing it to the customer, and in other ways negligently failed to provide the Plaintiff and the employee of East Coast Electrical with a safe piece of equipment, and in other ways failed to properly protect the Plaintiff from injury for the use of the lift.

7. As a direct result of the negligence of the Defendants, United Rental Properties, LLC and/or United Rentals, Inc. and/or United Rentals (North America), Inc., the Plaintiff, Philip Archer, was caused serious painful, and permanent injuries about his head, neck, back, and limbs, and was forced to incur past medical bills, and will incur future medical costs.

8. As a result of the injuries sustained by the Plaintiff, Philip Archer, the Injured Workers' Insurance Fund was forced to pay medical bills and lost wages, and will continue to pay medical bills and lost wages.

9. All of the Plaintiff's injuries and damages were incurred as a direct and proximate result of the negligence of the Defendants, without any negligence on the part of the Plaintiff contributing thereto.

WHEREFORE, Plaintiff, Philip Archer, claims One Million Five Hundred Thousand dollars ($1,500,000.00) in compensatory damages and the cost of this action.

Jay D. Miller
Miller, Murtha & Psoras, LLC
1301 York Road, Suite 108
Lutherville, Maryland 21286
(410) 583-6969
*Attorneys for Plaintiff*